John J. Talton, Chapter 13 Trustee  Check No. 832131  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-20016 | 003-0 | DAVID WAYNE GRAY<br>Original Check written to:<br>HARRISON CAD<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX  78680- | xxxxxxxxxxxxxxxxxxxxxx0007 | 2.04 | 279.71 | 112.80 | 392.51 |
| 06-20016 | 004-0 | DAVID WAYNE GRAY<br>Original Check written to:<br>HARRISON COUNTY<br>C/O MCCREARY ET AL<br>PO BOX 1269<br>ROUND ROCK, TX  78680- | xxxxxxxxxxxxxxxxxxxxxx0000 | 0.43 | 73.68 | 2.22 | 75.90 |
| 06-60093 | 005-0 | JULIAN BEAN<br>Original Check written to:<br>FEDERAL FUNDING CORP.<br>P.O. BOX 223<br>FAIRFIELD, TX  75840 | | 20.60 | 3,511.50 | 1,256.60 | 4,768.10 |
| 07-20133 | 002-0 | RUSSELL E TIPPIT<br>Original Check written to:<br>CASS CAD<br>TAX COLLECTOR<br>2323 BRYAN STREET#1600<br>DALLAS, TX  75201-2644 | xxxxxxxxxxxxxxxxxxxxxxnds) | 29.10 | 280.36 | 74.16 | 354.52 |
| 07-20133 | 003-0 | RUSSELL E TIPPIT<br>Original Check written to:<br>FIFTH THIRD BANK<br>C/O BANKRUPTCY DEPARTMENT<br>1850 E PARIS AVE<br>GRAND RAPIDS, MI  49546 | 0608 | 44.68 | 83.76 | 7.74 | 91.50 |
| 07-20133 | 017-0 | RUSSELL E TIPPIT<br>Original Check written to:<br>VANDERBILT MORTGAGE AND FINANCE, INC<br>PO BOX 9800<br>MARYVILLE, TN  37802- | 5165 | 33.33 | 766.67 | 58.50 | 825.17 |
| 09-20282 | 004-0 | DAROLD J. JACKSON<br>Original Check written to:<br>HARRISON COUNTY<br>C/O MCCREARY ET AL<br>PO BOX 1269<br>ROUND ROCK, TX  78680- | 4262 | 483.23 | 0.00 | 41.77 | 41.77 |